[No. 14371-6-III.    Division Three.    May 21, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
ELIZABETH A. RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-1-00337-6, Dennis D. Yule, J., entered September 30, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Schultheis, JJ.

[No. 14574-3-III.    Division Three.    May 21, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RUDOLPH
R. MURILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-1-00414-3, Carolyn A. Brown, J., entered December 16, 1994. *Reversed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.

[No. 14640-5-III.    Division Three.    May 21, 1996.]

THE CORPORATION OF THE TRIDENTINE LATIN RITE
CATHOLIC CHURCH OF ST. JOSEPH, ET AL., *Appellants*,
v. FRANCIS SCHUCKARDT, ET AL., *Respondents*.

TRIDENTINE LATIN RITE CHURCH, ET AL., *Respondents*,
v. DENIS CHICOINE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84-2-01445-2, Harold D. Clarke, J., entered February 28, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Thompson, JJ.